UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALBERT TAYLOR, | : | |
| Plaintiff, | : | CIVIL ACTION:   2:23-cv-03295-ES-LDW |
| v. | : | ORDER FOR DISMISSAL |
| CITY OF JERSEY CITY DEPARTMENT OF CHILDREN AND FAMILIES (DCF), et al, | : | **CLOSED** |
| Defendants | : | |

It appearing that the above captioned matter having been pending for more than 90 days without any proceedings having been taken therein,

IT IS ON THIS  **9th**  day of  **December, 2024,**

O R D E R E D that the above case is hereby dismissed, pursuant to Local Rule 41.1(a), without prejudice and without costs.

s/Esther Salas
ESTHER SALAS, U.S.D.J.